February 5, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479



U.S. Citizenship
and Immigration
Services

JEFFREY RUBIN
RUBIN POMERLEU PC
ONE CENTER PLAZA STE 400
BOSTON, MA 02108



EAC1990096661



A207-297-544

RE: PEDRO DE ALCANTARA DE AZEVEDO
SANTIAGO
I-102, Application for Replacement/Initial
Nonimmigrant Arrival-Departure Document

## DECISION

Dear Sir or Madam:

You indicated in Part 1 of Form I-102 that your name is Pedro De Alcantara De Azevedo Santiago; however, in Part 3 of Form I-102, you indicated your name on the Arrival/Departure Record, Form I-94 is Miguel Henrique Oliveira Vasconcelos.

In a Request for Evidence dated September 5, 2019, the U.S. Citizenship and Immigration Services (USCIS) advised you that electronic records did not confirm your entry into the United States. In that same Notice of Action, you were requested to provide evidence that you, Pedro De Alcantara De Azevedo Santiago, made a lawful entry into the United States in a nonimmigrant status or as a parolee. You were also advised that admission under another person's identity document is not considered a valid admission and inspection.

In response, you stated, in part:

> *My full name is Pedro De Alcantara De Azevedo Santiago. I have also used the alias Miguel Henrique Oliveira Vasconcelos. ...I entered the United States on October 12, 2003, through Miami, Florida on a tourist visa. I entered the United States on a Brazilian Passport and U.S. visa under the name Miguel Henrique Oliveira Vasconcelos. I do not remember the date of birth indicated on the visa. ...At the time I obtained this visa to enter the United States, I was only eighteen and did not have much understanding of what was going on. I decided that I would travel the United States, and I was put in touch with someone that would help me apply for my visa. I do not now who this person is, I only know his first name was "Sidney" and he went by the nick name "Vandinho."*

Title 8, Code of Federal Regulations (8 CFR), section 101.2 Presumption of lawful admission; entry under erroneous name or other errors, states that:



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
[illegible]

U.S. Citizenship and Immigration Services

[illegible]

February 3, 2020

JEFFREY RUBIN
RUBIN POMERLEAU PC
ONE CENTER PLAZA STE 400
BOSTON MA 02108

Re: PEDRO DE ALCANTARA DE [illegible]
SANTIAGO
I-102, Application for Replacement/Initial
Nonimmigrant Arrival-Departure Document

DECISION

Dear Sir or Madam:

You indicated in Part 1 of Form I-102 that your name is Pedro De Alcantara De [illegible] Santiago. However, in Part 3 of Form I-102, you indicated your name on the Arrival/Departure Record, Form I-94 is Miguel [illegible].

In a Request for Evidence dated September 5, 2019, the U.S. Citizenship and Immigration Services (USCIS) advised you that electronic records did not confirm your entry into the United States. In that same Notice of Action, you were requested to provide evidence that you, Pedro De Alcantara De [illegible] Santiago, were admitted into the United States in a nonimmigrant status or as a parolee. You were also advised that admission under another person's identity document is not considered a valid admission upon inspection.

In response, you stated, in part:

> My real name is Pedro De Alcantara De [illegible] Santiago. [illegible] Miguel [illegible] [illegible] entered the United States on October [illegible], 2004 through Miami, Florida on a tourist visa. [illegible] United States [illegible] Brazilian Passport and U.S. visa under the name Miguel [illegible]. I do not remember the date of birth indicated on the visa [illegible]. [illegible] I did not have much understanding of what was going on. [illegible] United States [illegible] "Sidney" [illegible]

Title 8, Code of Federal Regulations (8 CFR), section 103.2 [illegible] of lawful admission [illegible]

> An alien who entered the United States as either an immigrant or nonimmigrant under any of the following circumstances shall be regarded as having been lawfully admitted in such status, except as otherwise provided in this part: An alien otherwise admissible whose entry was made and recorded under other than his full true and correct name or whose entry record contains errors in recording sex, names of relatives, or names of foreign places of birth or residence, provided that he establishes by clear, unequivocal, and convincing evidence that the record of the claimed admission relates to him, and, if entry occurred on or after May 22, 1918, if under other than his full, true and correct name that he also establishes that the name was not adopted for the purpose of concealing his identity when obtaining a passport or visa, or for the purpose of using the passport or visa of another person or otherwise evading any provision of the immigration laws, and that the name used at the time of entry was one by which he had been known for a sufficient length of time prior to making application for a passport or visa to have permitted the issuing authority or authorities to have made any necessary investigation concerning him or that his true identity was known to such officials.

You have admitted to using another person's passport, Miguel Henrique Oliveira Vasconcelos, in order to circumvent the immigration laws of the United States. Under 8 CFR section 101.2, you were not lawfully admitted and therefore cannot demonstrate that you made a lawful admission under your true and correct name.

Based on the information you submitted and in accordance with sections 212(a)(6)(C), 212(a)(7)(B)(i)(I), and 212(a)(7)(B)(i)(II) of the Immigration and Nationality Act, USCIS cannot issue you a replacement Form I-94.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

<div style="text-align:center">

USCIS 290B
PO Box 21100
Phoenix AZ 85036

</div>

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

Sincerely,

*Laura Zuchowski*

Laura B. Zuchowski
Director

An alien who entered the United States either as an immigrant or nonimmigrant under any of the following circumstances shall be regarded as having been lawfully admitted in such status, except as otherwise provided in this part: An alien otherwise admissible whose entry was made and recorded under other than his full true and correct name or whose entry record contains errors in recording sex, names of relatives, or names of foreign places of birth or residence, provided that he establishes by clear, unequivocal, and convincing evidence that the record of the claimed admission relates to him, and if entry occurred on or after May 22, 1918, if under other than his full true and correct name that he also establishes that the name was not adopted for the purpose of concealing his identity when obtaining a passport or visa, or for the purpose of using the passport or visa of another person or otherwise evading any provision of the immigration laws, and that the name used at the time of entry was one by which he had been known for a sufficient length of time prior to making application for a passport or visa to have permitted the issuing authority to make any necessary investigation concerning him or that his true identity was known to such official.

You have admitted to using another person's passport, [illegible], in order to circumvent the immigration laws of the United States. Under 8 CFR section 101.2, you were not lawfully admitted and therefore cannot demonstrate that you made a lawful admission under your true and correct name.

Based on the information you presented and in accordance with sections 212(a)(6)(C)(i), 212(a)(7)(A)(i)(I) and 237(a)(1)(A) of the Immigration and Nationality Act, USCIS cannot issue you a replacement Form I-94.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may submit a motion to reopen or a motion to reconsider by completing a Form I-290B, Notice of Appeal or Motion. A motion to reopen must state the new facts to be considered and must be supported by affidavits or other new documentary evidence. A motion to reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.

The motion must be filed within 33 days from the date of this notice. You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

USCIS I-290B
PO Box 21100
Phoenix AZ 85036

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions, review 8 CFR 103.5, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office.

Sincerely,

Laura B. Zuchowski
Director